IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *
 *
BETTY HARMON * CASE NO: 10-05420
 *
 Debtor. *

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

COMES NOW, the Debtor, Betty Harmon, in this proceeding and hereby amends the Chapter 13 Plan filed on as follows:

1. Item 3.  Secured alternate Monthly Payments are to be paid as follows:

    Bay Furniture & Appliances   $10.30 on bedroom set, etc.

    Bay Furniture & Appliances   $10.00 on living room set

Dated:   January 25, 2011

/s/ Frances Hoit Hollinger
FRANCES HOIT HOLLINGER, (HOLLF4824)
Attorney for Debtor

FRANCES HOIT HOLLINGER, LLC
Post Office Box 2028
Mobile, Alabama 36652
(251) 432-8878

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 25th day of January 2011 served a copy of the foregoing by, either, electronic mail or placing the same in the United States mail, postage prepaid, properly addressed to the following:

John C. McAleer, Trustee
P.O. Box 1884
Mobile, AL 36633

/s/ Frances Hoit Hollinger
FRANCES HOIT HOLLINGER